Neama Rahmani (State Bar No. 223819)
Ronald L. Zambrano (State Bar No. 255613)
  *ron@westcoasttriallawyers.com*
Sandra Acosta Tello (State Bar No. 315616)
  *sandra@westcoasttriallawyers.com*
WEST COAST EMPLOYMENT LAWYERS, APLC
350 South Grand Avenue, Suite 3325
Los Angeles, California 90071
Telephone: (213) 927-3700
Facsimile: (213) 927-3701
  *efilings@westcoasttriallawyers.com*

Attorneys for Plaintiff,
ANGEL ROJO

AARON H. COLE, Bar No. 236655
aaron.cole@ogletree.com
MELIS ATALAY, Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant,
ROOFLINE INC. dba Roofline Supply & Delivery

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL ROJO, an Individual, On Behalf of Himself, All Others Similarly Situated, and On Behalf of the General Public as Private Attorneys General;<br><br>Plaintiff;<br><br>v.<br><br>ROOFLINE, INC., a Texas Corporation, ROOFLINE SUPPLY & DELIVERY, a California Corporation; and DOES 1 through 250,<br><br>Defendants. | Case No.: 2:20-CV-01526-WBS-DB<br><br>*Assigned for all purposes to the Hon. William B. Shubb*<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action filed: June 3, 2020 |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel of record, that the action in its entirety, in consideration of a negotiated settlement, shall be dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41 (a)(1). The parties shall respectively bear their own attorney fees and costs.

Dated:  March 15, 2021          WEST COAST EMPLOYMENT LAWYERS, APLC


By:  _____/s/ Sandra Acosta Tello_____
    Ronald L. Zambrano, Esq.
    Sandra Acosta Tello, Esq.
    Attorneys for Plaintiff,
    ANGEL ROJO


Dated:  March 15, 2021          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  _____/s/ Melis Atalay_____ _____
    Aaron H. Cole, Esq.
    Melis Atalay, Esq.
    Attorneys for Defendant,
    ROOFLINE INC. dba Roofline Supply & Delivery

**ORDER**

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS HEREBY ORDERED.

Dated: March 15, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1